

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-0419-14

**ORLANDO SALINAS, Appellant**

**v.**

**THE STATE OF TEXAS**

**ON PETITION FOR DISCRETIONARY REVIEW
FROM THE FOURTEENTH COURT OF APPEALS
HARRIS COUNTY**

*Per Curiam.*

**O R D E R**

The Court grants review on its own motion of the following question:

Whether the Fourteenth Court of Appeals decision that the "appellant failed to satisfy his burden to show that the statute is invalid in all possible applications because he has not established what the funds designated in [Texas Local Government Code] section 133.102(e) actually do" is erroneous in light of clear precedent from this court in reviewing facial challenges to the constitutionality of a statute.

The Clerk of this Court will send copies of this order to the Court of Appeals for the Fourteenth District, the District Attorney for Harris County, and Appellant.

En Banc
Filed: September 17, 2014
Do Not Publish